IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STACY LESHUN HARRISON, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 11-0496-WS-M |
| | : |
| STEVEN LANE, et al., | : |
| | : |
| Defendants. | : |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 15th day of November, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE